```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ESTATE OF NANCY MURRAY,        :    CIVIL ACTION
et al.                         :
                               :
        v.                     :
                               :
UHS OF FAIRMOUNT, INC. d/b/a   :
FAIRMOUNT BEHAVIORAL HEALTH    :
SYSTEM                         :    NO. 10-2561
```

ORDER

AND NOW, this 9th day of November, 2011, upon consideration of the defendant's Motion for Summary Judgment (Docket No. 12), the opposition in response (Docket No. 17), and the reply thereto (Docket No. 21), and following oral argument on September 22, 2011, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED.  Judgment is hereby ENTERED in favor of the above-named defendant and against the plaintiff.  This case is closed.


                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.